```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0072--CR (JMF)
                          "USA V BOYANG LTD ET AL"
                              DEF 1.1 BOYANG LTD

            Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable James M. Fitzgerald, U.S. District Judge
    Magistrate Judge:
              Filed: 08/16/02
             Closed: 10/28/02
 No. of Defendants: 4
    MJ Case Number:
                AKA:
    Location status: Not specified
         Trial date:
         Terminated: YES
 Needs interpreter: NO
 Counsel of record: Herbert H. Ray Jr
                    Keesal Young & Logan
                    1029 W. 3rd Avenue, Suite 650
                    Anchorage, AK 99501
                    907-279-9696
                    FAX 907-279-4239
                    Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial

                    Michael G. Chalos
                    Fowler Rodriguez et al
                    Americana House
                    10 Audrey Avenue
                    Oyster Bay, NY 11771
                    Serve: NO
                      Type: Retained
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Kevin Feldis
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial

                    Joseph A. Poux Jr
                    U.S. Department of Justice
                    Environmental Crimes Section
                    601 D Street NW, Room 2138
                    Washington, DC 20004
                    Serve: NO
                      Type: Not specified
                      Role: Pretrial/Trial


 Counts re: DEF 1.1 BOYANG LTD
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0072--CR (JMF)
                              "USA V BOYANG LTD ET AL"
                                 DEF 1.1 BOYANG LTD

              Including terminated defendants, excluding terminated counsel


 Document        Count    Citation and Description                          Disposition

    1 -   1 INF    1      18:371 CONSPIRACY (F)                             Sentenced
                                                                            (25-1)
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0072--CR (JMF)
                              "USA V BOYANG LTD ET AL"
                                 DEF 2.1 OSWEGO LTD

              Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable James M. Fitzgerald, U.S. District Judge
   Magistrate Judge:
             Filed: 08/16/02
            Closed: 10/28/02
No. of Defendants: 4
    MJ Case Number:
               AKA:
   Location status: Not specified
        Trial date:
        Terminated: YES
 Needs interpreter: NO
  Counsel of record: Robert C. Bundy
                     Dorsey & Whitney
                     1031 W. 4th Avenue, Suite 600
                     Anchorage, AK 99501
                     907-276-4557
                     FAX 907-276-4152
                     Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Kevin Feldis
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial

                   Joseph A. Poux Jr
                   U.S. Department of Justice
                   Environmental Crimes Section
                   601 D Street NW, Room 2138
                   Washington, DC 20004
                   Serve: NO
                    Type: Not specified
                    Role: Pretrial/Trial



Counts re: DEF 2.1 OSWEGO LTD
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -    1 INF | 1 | 18:371 CONSPIRACY (F) | Sentenced (26-1) |
| 1 -    1 INF | 4 | 33:1908(a) and 33 C.F.R. :151.25(a) and 151.25(h) VIOLATION OF THE ACT TO PREVENT POLLUTION FROM SHIPS  (F) | Sentenced (26-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0072--CR (JMF)
                                     "USA V BOYANG LTD ET AL"
                                       DEF 2.1 OSWEGO LTD

                    Including terminated defendants, excluding terminated counsel


   1 -   1 INF    5      33:1908(a) and 33 C.F.R. :151.25(a) and 151.25(h)    Sentenced
                         VIOLATION OF THE ACT TO PREVENT POLLUTION FROM       (26-1)
                         SHIPS  (F)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0072--CR (JMF)
                            "USA V BOYANG LTD ET AL"
              DEF 3.1 BOYANG MARITIME KYEONG SHIN DEEP SEA FISHERIES CO

               Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable James M. Fitzgerald, U.S. District Judge
  Magistrate Judge:
             Filed: 08/16/02
            Closed: 10/28/02
No. of Defendants: 4
   MJ Case Number:
               AKA:
  Location status: Not specified
       Trial date:
        Terminated: YES
Needs interpreter: NO
Counsel of record: Herbert H. Ray Jr
                   Keesal Young & Logan
                   1029 W. 3rd Avenue, Suite 650
                   Anchorage, AK 99501
                   907-279-9696
                   FAX 907-279-4239
                   Serve: YES
                    Type: Retained
                    Role: Pretrial/Trial

                   Michael G. Chalos
                   Fowler Rodriguez et al
                   Americana House
                   10 Audrey Avenue
                   Oyster Bay, NY 11771
                   Serve: NO
                    Type: Retained
                    Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Kevin Feldis
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial

                   Joseph A. Poux Jr
                   U.S. Department of Justice
                   Environmental Crimes Section
                   601 D Street NW, Room 2138
                   Washington, DC 20004
                   Serve: NO
                    Type: Not specified
                    Role: Pretrial/Trial


  Counts re: DEF 3.1 BOYANG MARITIME KYEONG SHIN DEEP SEA FISHERIES CO
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0072--CR (JMF)
"USA V BOYANG LTD ET AL"
DEF 3.1 BOYANG MARITIME KYEONG SHIN DEEP SEA FISHERIES CO

Including terminated defendants, excluding terminated counsel

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 INF | 1 | 18:371 CONSPIRACY (F) | Sentenced (27-1) |
| 1 - 1 INF | 2 | 18:1001 MATERIAL FALSE STATEMENT (F) | Sentenced (27-1) |
| 1 - 1 INF | 3 | 18:1001 MATERIAL FALSE STATEMENT (F) | Sentenced (27-1) |
| 1 - 1 INF | 4 | 33:1908(a) and 33 C.F.R. :151.25(a) and 151.25(h) VIOLATION OF THE ACT TO PREVENT POLLUTION FROM SHIPS (F) | Sentenced (27-1) |
| 1 - 1 INF | 5 | 33:1908(a) and 33 C.F.R. :151.25(a) and 151.25(h) VIOLATION OF THE ACT TO PREVENT POLLUTION FROM SHIPS (F) | Sentenced (27-1) |
| 1 - 1 INF | 6 | 18:1505 OBSTRUCTION OF AN AGENCY PROCEEDING (F) | Sentenced (27-1) |
| 1 - 1 INF | 7 | 18:1505 OBSTRUCTION OF AN AGENCY PROCEEDING (F) | Sentenced (27-1) |
| 1 - 1 INF | 8 | 18:1512(b)(1) WITNESS TAMPERING (F) | Sentenced (27-1) |
| 1 - 1 INF | 9 | 18:1512(b)(1) WITNESS TAMPERING (F) | Sentenced (27-1) |
| 1 - 1 INF | 10 | 18:1512(b)(1) WITNESS TAMPERING (F) | Sentenced (27-1) |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0072--CR (JMF)
                            "USA V BOYANG LTD ET AL"
                      DEF 4.1 TRANS-PORTS INTERNATIONAL INC

           Including terminated defendants, excluding terminated counsel


      Presiding Judge:  The Honorable James M. Fitzgerald, U.S. District Judge
     Magistrate Judge:
               Filed:  08/16/02
              Closed:  10/28/02
 No. of Defendants:  4
     MJ Case Number:
                 AKA:
     Location status:  Not specified
          Trial date:
          Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  William P. Bryson
                      1015 W. 7th Avenue
                      Anchorage, AK 99501
                      907-276-8611
                      FAX 907-258-1516
                      Serve: YES
                       Type: Retained
                       Role: Pretrial/Trial

                      Robert C. Bundy
                      Dorsey & Whitney
                      1031 W. 4th Avenue, Suite 600
                      Anchorage, AK 99501
                      907-276-4557
                      FAX 907-276-4152
                      Serve: YES
                       Type: Retained
                       Role: Other

                      Irwin H. Schwartz
                      710 Cherry Street
                      Seattle, WA 98104
                      206-623-5084
                      FAX 206-623-5951
                      Serve: YES
                       Type: Retained
                       Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record:  Kevin Feldis
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial

                      Joseph A. Poux Jr
                      U.S. Department of Justice
                      Environmental Crimes Section
                      601 D Street NW, Room 2138
                      Washington, DC 20004
                      Serve: NO
                       Type: Not specified
                       Role: Pretrial/Trial
 ACRS: R_RDSPX         As of Tuesday, February 7, 2006 at 2:22 PM by NON-NET         Page 7
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0072--CR (JMF)
                             "USA V BOYANG LTD ET AL"
                         DEF 4.1 TRANS-PORTS INTERNATIONAL INC

              Including terminated defendants, excluding terminated counsel
```

Counts re: DEF 4.1 TRANS-PORTS INTERNATIONAL INC

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 INF | 1 | 18:371 CONSPIRACY (F) | Sentenced (28-1) |

```
                      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                           CRIMINAL DOCKET ENTRIES FOR CASE A02-0072--CR (JMF)
                                        "USA V BOYANG LTD ET AL"

                                            For all filing dates
```

Presiding Judge:  The Honorable James M. Fitzgerald, U.S. District Judge
Magistrate Judge:
          Filed: 08/16/02
         Closed: 10/28/02
No. of Defendants: 4

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/16/02 | [Re: DEF 1-4] PLF 1 Information. |
| 2 - 1 | 08/19/02 | [Re: DEF 1-4] PLF 1 motion to schedule arraignment and entry of plea hearing for 08/21/02. |
| 3 - 1 | 08/20/02 | [Re: DEF 1-4] JKS Minute Order granting motion to schedule arraignment and entry of plea hearing for 08/21/02 (2-1); under seal hearing set for 2:00 pm, 8/21/02 before JUDGE FITZGERALD. cc: USA, H. Ray, R. Bundy, I. Schwartz, Judge Fitzgerald, PO, USM |
| 4 - 1 | 08/20/02 | PLF 1; DEF 1-4 Plea Agreement |
| 5 - 1 | 08/20/02 | PLF 1 Notice of lodging resolutions & minutes of meetings re plea agreement |
| 6 - 1 | 08/20/02 | [Re: DEF 1-4] PLF 1 environmental management system/compliance program (re plea agreement) |
| 7 - 1 | 08/20/02 | DEF 1; 3 Application re: non-resident attorney M. Chalos w/att aff. |
| 8 - 1 | 08/20/02 | [Re: DEF 1-4] PLF 1 Notice of filing facsimile signature |
| 9 - 1 | 08/21/02 | [Re: DEF 1; 3] JKS Order allowing appear and participation of non-resident atty M. Chalos. cc: USA, H. Ray, R. Bundy, M. Chalos, I. Schwartz |
| 9A- 1 | 08/21/02 | DEF 4 Attorney Appearance of Bill Bryson |
| 10 - 1 | 08/23/02 | JKS Minute Order reassigning case to Judge James M. Fitzgerald; use the following case number on all future filings: A02-0072 CR (JMF). cc: USA, H. Ray, R. Bundy, I. Schwartz, Judge Fitzgerald, USM, USPO |
| 11 - 1 | 08/23/02 | DEF 1 Waiver of indictment |
| 12 - 1 | 08/23/02 | DEF 2 Waiver of indictment |
| 13 - 1 | 08/23/02 | DEF 3 Waiver of indictment |
| 14 - 1 | 08/23/02 | DEF 4 Waiver of indictment |
| 15 - 1 | 08/26/02 | [Re: DEF 1-4] JMF Court Minutes [ECR: Robin Carter/Elisa Singleton], arraignment/EOP; held 8/21/02; D1 pled guilty to ct 1; D2 pled guilty to cts 1,4,5; D3 pled guilty cts 1-10; D4 pled guilty to ct 1; cnsl to confer by 8/23/02 & notify clerk's office of disposition date; PSRs waived; case to be unsealed after 9:00 a. on 8/22/02; Korean interpreter will be required for some dispositions (CMC to be notified as to which defs). |
| 16 - 1 | 08/26/02 | DEF 2 Attorney Appearance of Robert C. Bundy (DORSEY). |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A02-0072--CR (JMF)
                              "USA V BOYANG LTD ET AL"

                              For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 17 | 1 | 08/29/02 | [Re: DEF 1-4] JMF Minute Order setting IOS for 10/23/02 at 10:00 am. cc: USA, USM, PO, def cnsl |
| 18 | 1 | 10/02/02 | [Re: DEF 1-4] PLF 1 Notice of filing original plea agreement and EMS/CP signature pages. |
| 19 | 1 | 10/10/02 | DEF 1-3 Unopposed motion to change IOS hearing time to 3:00 pm |
| 19 | 2 | 10/11/02 | [Re: DEF 1-4] JMF Order granting unopposed motion to change IOS hearing time to 3:00 pm (19-1). cc: USA, USM, PO, R. Bundy, H. Ray, B. Bryson |
| 20 | 1 | 10/18/02 | [Re: DEF 1-4] PLF 1 Notice of lodging original resolutions of the defs' boards of directors w/att exhs. |
| 21 | 1 | 10/23/02 | [Re: DEF 1-4] JMF Minute Order re: a status conference is set for 10/23/02 at 2:30 p.m. in chambers.  cc: K. Feldis, H. Ray Jr., R. Bundy, W. Bryson, USPO, USM |
| 22 | 1 | 10/23/02 | [Re: DEF 1-4] JMF Minute Order resetting IOSs on 10/23/02 at 3:00 p.m. to 4:30 p.m. on 10/23/02. cc: USA, H. Ray, R. Bundy, W. Bryson, USM, USPO |
| 23 | 1 | 10/23/02 | PLF 1; DEF 1-4 Stip re: deposit of funds for Environmental Management System. |
| 24 | 1 | 10/25/02 | [Re: DEF 1-4] JMF Court Minutes [ECR: Elisa Singleton] re: IOS held 10/23/02; defs placed on prob for 60 mos; $5,000,000.00 jointly and severally; SA of $400.00 for DEF 1; $1,200.00 for DEF 2; $4,000.00 for DEF 3; $400.00 for DEF 4; 10/24/02 stat conf in chambers re: judg; expedited transcript of proceeding ordered and to be provided to USA, each defense cnsl and each def and PO. cc: ECR |
| 25 | 1 | 10/28/02 | [Re: DEF 1] JMF Judgment pleaded guilty to count(s) 1 of the Information (1-1).  Probation 5 years subject to early termination in compliance with the plea agreement at dkt 4, w/special conditions; SA $400.00. Fine imposed as stated in plea agreement at dkt 4 w/special instructions re: payment of monetary penalties and the interest requirement is waived. Fine imposed joint and severally as stated in the plea agreement. The def organization shall receive credit for all payments previously made. criminal.  All criminal monetary penalties are made to the clerk of court as stated.  cc: USA, H. Ray Jr., USM, USPO, def w/cnsl cy, FLU |
| 26 | 1 | 10/28/02 | [Re: DEF 2] JMF Judgment pleaded guilty to count(s) 1,4,5 of the Information (1-1). Probation 5 years w/special conditions.  SA $1200.00. Fine imposed as stated in the plea agreement at dkt 4 w/special instructions re: the payment, and the interest is waived. The fine is imposed jointly and severally as stated in the plea agreement. All criminal monetary penalties are made to the clerk of court as stated. cc: K. Feldis, R. Bundy, USM, USPO, Def w/cnsl cy, Finance, FLU |
| 27 | 1 | 10/28/02 | [Re: DEF 3] JMF Judgment pleaded guilty to count(s) 1,2,3,4,5,6,7,8,9,10 of the Information (1-1). Probation 5 years w/special conditions. SA $4000.00. Fine as stated in the plea agreement, and the interest is waived. Special instructions re: payment. Fine imposed jointly and severally as stated in the plea agreement. Personal guaranty by Il Ho Kim attached. All criminal penalties are made to the clerk of court as stated.  cc: K. Feldis, H. Ray Jr., USM, USPO, Finance, Flu, Def w/cnsl |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A02-0072--CR (JMF)
                        "USA V BOYANG LTD ET AL"

                              For all filing dates

Document #   Filed       Docket text
──────────   ─────       ───────────
                         cy

  28 -  1    10/28/02    [Re: DEF 4] JMF Judgment pleaded guilty to count(s) 1 of the Information
                         (1-1).  Probation 5 years w/special conditions. SA $400.00. Fine imposed
                         as stated in the plea agreement at dkt 4, and interest is waived.  All
                         criminal monetary penalties are made to the clerk of court as stated.
                         Fine imposed joint and serverally as stated in the plea agreement.  cc:
                         K. Feldis, W. Bryson, USM, USPO, Def w/cnsl cy, Finance, FLU

  29 -  1    11/04/02    DEF 1-4 Notice of partial compliance with plea agreement w/att exhs.

  30 -  1    11/05/02    [Re: DEF 1-4] Transcript re: IOS held 10/23/02.

  31 -  1    04/18/03    DEF 1-4 Notice of partial compliance with plea agreement.

  32 -  1    09/26/03    DEF 1-4 motion for partial remittance of fine w/att memo, aff, exh

  33 -  1    09/26/03    DEF 4 Attorney Appearance of Robert Bundy

  34 -  1    09/29/03    DEF 1-4 Errata re: DEF 1-4 motion for partial remittance of fine (32-1)
                         w/att aff of Lonzo Fanony

  35 -  1    10/01/03    DEF 1-4 notice of filing orig affs re: DEF 1-4 motion for partial
                         remittance of fine (32-1)

  36 -  1    10/16/03    PLF 1; DEF 1-4 Stip/joint request for appointment of monitor

  37 -  1    10/16/03    PLF 1; DEF 1-4 Stip to hold in abeyance defs' mot for partial remittance
                         of fine & to suspend partial payment of fine

  38 -  1    10/23/03    DEF 1-3 Notice of partial compliance with plea agreement

  36 -  2    10/27/03    [Re: DEF 1-4] JMF Order granting stip/joint request for appointment of
                         monitor (36-1). cc: H. Ray, R. Bundy, USA

  37 -  2    10/27/03    [Re: DEF 1-4] JMF Order granting stipulation to hold in abeyance defs'
                         mot for partial remittance of fine & to (37-1) suspend partial payment
                         of fine. cc: R. Bundy, H. Ray, USA

  39 -  1    03/10/04    DEF 1; 3 Status Report on motion for part remittance of fina and to
                         suspend part payment of fine.

  40 -  1    03/12/04    [Re: DEF 1-4] JMF Minute Order that stat rpt dated 03/10/04 is accepted;
                         further stat rpt due 04/01/04. cc: USA, R. Ray, W. Bryson, R. Bundy

  41 -  1    04/01/04    DEF 1-4 Status Report.

  42 -  1    04/12/04    [Re: DEF 1-4] JMF Minute Order that stat rpt dated 04/01/04 is accepted;
                         next stat rpt due 06/07/04. cc: USA, R. Bundy, H. Ray

  43 -  1    06/07/04    PLF 1; DEF 2; 4 Status Report.

  44 -  1    06/08/04    [Re: DEF 1; 3] JMF Minute Order that stat rpt dated 06/07/04 is
                         accepted; further stat rpt due 08/16/04 unless closing papers are sooner
                         fld. cc: cnsl

  45 -  1    09/10/04    PLF 1; DEF 1-4 Status Report on mot for partial remittance of fine and
                         to suspend partial payment of fine.
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A02-0072--CR (JMF)
                            "USA V BOYANG LTD ET AL"

                              For all filing dates


 Document #     Filed      Docket text

    46 -  1    11/24/04    [Re: DEF 1] JMF Minute Order that plf file stat rpt by 12/10/04. cc:
                           USA, H. Ray, R. Bundy

    47 -  1    12/10/04    PLF 1; DEF 2; 4 Status Report re: mot for partial remittance of fine and
                           to suspend partial remittance of fine.

    48 -  1    01/21/05    [Re: DEF 1-4] JMF Minute Order that further stat rpt due 2/7/05. cc:
                           USA, R. Bundy, H. Ray, Jr.

    49 -  1    02/22/05    PLF 1 motion on shortened time for hearing on status of defendants'
                           motion to remit & failure to pay fine amounts owed.

    50 -  1    02/28/05    [Re: DEF 1-4] JMF Minute Order granting mot on shortened time for hrg on
                           stat of defs' mot to remit (49-1); stat hrg set 3/8/05 @ 10:00 a.m.. cc:
                           K. Feldis, R. Bundy, H. Ray, Jr.

    51 -  1    03/08/05    [Re: DEF 1-4] JMF Court Minutes [ECR: Linda Christensen] re Status
                           Conference (held 3/8/05); cont'd to 3/22/05 at 10:00 am.  cc:   cnsl

    52 -  1    03/11/05    [Re: DEF 1-4] JMF Minute Order vacating Cont Stat Conf prev set for
                           3/22/05 at 10:00 am vacated and reset to 3/24/05 at 11:00 am.  cc: K.
                           Feldis, H. Ray, R. Bundy

    53 -  1    03/24/05    [Re: DEF 1-4] JMF Court Minutes [ECR: Elisa Singleton]  re Cont Stat
                           Conf (held 3/24/05); matter continued to the week of April 25, 2005.
                           cc: USA, R. Bundy, H. Ray

    54 -  1    03/31/05    [Re: DEF 1-4] PLF 1 Stipulation re Payment of Fine on Shortened Time;
                           payment amount modified as stated.

    54 -  2    03/31/05    [Re: DEF 1-4] JMF Order granting Stipulation re Payment of Fine on
                           Shortened Time (54-1).  cc: USA, R. Bundy, H. Ray, USPO

    55 -  1    04/07/05    [Re: DEF 1-4] JMF Minute Order setting cont status conf re payment of
                           fine (dkt 54) for 4/26/05 at 10:00 a.m. cc: H. Ray, R. Bundy, K. Feldis,
                           USPO

    56 -  1    04/13/05    [Re: DEF 1-4] JMF Minute Order Cont Status Conf re Payment of Fine set
                           for 4/26/05 at 10:00 am vacated and reset to 4/14/05 at 3:30 pm.  cc:
                           USA, H. Ray, R. Bundy, USPO

    57 -  1    04/15/05    [Re: DEF 1-4] JMF Court Minutes [ECR: Elisa Singleton] re Cont Status
                           Conference re Stip re Payment of Fine (held 4/15/05); parties to file
                           amendment to judgment; terminating in light of this order: motion for
                           partial remittance of fine (32-1); Entry of Plea hearing set for 4/26/05
                           in A05-0035-CR at 9:00 am.  cc: USA, R. Bundy, H. Ray, USM, USPO,
                           A05-0035 CR(JMF)

    58 -  1    07/14/05    [Re: DEF 1-4] PLF 1 Notice of Amendment to Judgment Pursuant to
                           Stipulation Regarding Payment of Fine.

    58 -  2    07/18/05    [Re: DEF 1-4] JMF Order approving Notice of Amendment to Judgment
                           Pursuant to Stipulation Regarding Payment of Fine.  cc: USA, H. Ray, R.
                           Bundy, USPO
```